UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DIABATE AMADOU,                                                 Civil No. 08-4677 MJD/AJB

     Plaintiff,

     v.                                                      O R D E R

V.A. DEPARTMENT,

     Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated February 19, 2009, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is DENIED; and

2. This action is summarily dismissed without prejudice.

DATED: March 13, 2009

                                                 s/Michael J. Davis
                                                 Chief Judge Michael J. Davis
                                                 U. S. District Court